52 A.3d 221

Carl J. BARRICK and Brenda L. Barrick

v.

HOLY SPIRIT HOSPITAL OF THE SISTERS OF THE CHRISTIAN CHARITY, Individually and doing Business as Holy Spirit Hospital, Sodexho Management, Inc., Sodexho Operations, LLC and Linda J. Lawrence.

Petition of Sodexho Management Inc., Sodexho Operations LLC, And Linda J. Lawrence.

Supreme Court of Pennsylvania.

Aug. 31, 2012.

## ORDER

PER CURIAM.

AND NOW, this 31st day of August, 2012, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, are:

Whether the Superior Court's interpretation of Pa.R.C.P. No. 4003.3 improperly provides absolute work product protection to all communications between a party's counsel and their trial expert?